AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| WALTER P. MOORE AND ASSOCIATES, INC., a Texas corporation <br><br> *Plaintiff(s)* <br> v. <br> BEHAVIORAL HEALTH AT LB LCC, a Delaware limited liability company, et al. (See attachment #1) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:24-cv-6428 DDP (BFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARK TRESS, an individual and resident of New Jersey
150 Airport Road, Suite 900
Lakewood, NJ 08701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Plante Huguenin Lebovic Kahn LLP
Robert J. Kahn, Esq.
3001 Lava Ridge Ct., Suite 300
Roseville, CA 95661

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: 7/31/2024

*Signature of Clerk or Deputy Clerk*

```
 1  Robert J. Kahn, SBN 95037
    Grace K. Bransen, SBN 351001
 2  PLANTE HUGUENIN LEBOVIC KAHN LLP
    3001 Lava Ridge Ct., Suite 300
 3  Roseville, California 95661
    Telephone: (916) 367-7098
 4  Facsimile: (916) 367-7491
    rkahn@phlklaw.com
 5  gbransen@phlklaw.com

 6  Attorneys for Plaintiff
    WALTER P. MOORE AND ASSOCIATES,
 7  INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WALTER P. MOORE AND ASSOCIATES, INC., a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEHAVIORAL HEALTH AT LB LLC, a Delaware limited liability company; CEDAR HEALTHGROUP LLC, a New Jersey limited liability company; CEDAR HOLDINGS, LLC, a New Jersey limited liability company; CEDAR HEALTH, a fictitious or nonexistent New Jersey enterprise; MWN COMMUNITY HOSPITAL, LLC, a California limited liability company also known as MWN, LLC, a California limited liability company; MARK TRESS, an individual and resident of New Jersey; CHAIM ROTTENBERG, an individual and resident of New Jersey; and FIDELITY NATIONAL TITLE COMPANY, a California corporation and stakeholder only<br><br>Defendants. | CASE NO. 2:24-cv-6428<br><br>**COMPLAINT FOR:**<br><br>(1) Breach of Written Contract<br>(2) Breach of Written Contract – Third Party Beneficiary<br>(3) Account Stated<br>(4) Quantum Meruit<br>(5) Declaratory Relief<br><br>JURY TRIAL DEMANDED |